UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAMIRA HAZRATI,

Plaintiff,

v.

ALLY FINANCIAL, INC. et al.,

Defendants.

No. 2:26-cv-00651-SCR

PRETRIAL SCHEDULING ORDER

On August 20, 2026, this case was before the undersigned for a status and pretrial scheduling conference. *See* ECF No. 15. The parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings. ECF No. 13. All Defendants have now filed Answers. ECF Nos. 11, 12, & 23. After hearing from the parties, and in consideration of the parties' joint status report (ECF No. 21), the Court enters the following scheduling order:

**SERVICE OF PROCESS**

Service of process is undisputed.

**JOINDER OF PARTIES/AMENDMENTS**

No joinder of additional parties or amendment of pleadings is contemplated at this time. Any motion to amend pleadings or for joinder of parties shall be filed on or before **January 15, 2027**.

////

**JURISDICTION/VENUE**

Jurisdiction is based on federal question under 28 U.S.C. § 1331, as Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. Jurisdiction and venue are not disputed.

**DISCOVERY**

The parties agreed to complete their exchange of initial disclosures under Rule 26 by **September 21, 2026**.

All non-expert discovery shall be completed by **July 16, 2027.** The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with. Motions to compel non-expert discovery must be noticed on the undersigned's calendar in accordance with the Local Rules and must be heard not later than **June 17, 2027**.

The parties are reminded to review the "Civil Standing Order" posted on Judge Riordan's webpage. Judge Riordan encourages early resolution of discovery disputes outside the formal Local Rule 251 procedures, when appropriate. Upon order of the court, or by agreement of the parties, Judge Riordan will resolve minor or discrete discovery disputes by conducting an informal telephonic conference. Additional information is available on the court's website at www.caed.uscourts.gov

**EXPERT DISCLOSURE**

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) as follows: expert disclosures on or before **May 10, 2027**; rebuttal expert disclosures on or before **June 10, 2027**. Expert discovery shall be completed by **July 16, 2027**.

**MOTION HEARING SCHEDULES**

All motions, except motions for continuances, temporary restraining orders, or other emergency relief, or as to discovery, shall be filed by **August 12, 2027**. Counsel are cautioned to refer to the Local Rules and Judge Riordan's Civil Standing Order regarding the requirements for noticing such motions on the court's regularly scheduled law and motion calendar. Available

hearing dates are available on Judge Riordan's website.

All purely legal issues are to be resolved by timely pretrial motion. The parties should keep in mind that the purpose of law and motion is to narrow and refine the legal issues raised by the case, and to dispose of by pretrial motion those issues that are susceptible to resolution without trial. To accomplish that purpose, the parties need to identify and fully research the issues presented by the case, and then examine those issues in light of the evidence gleaned through discovery. If it appears after examining the legal issues and facts that an issue can be resolved by pretrial motion, the parties are to file the appropriate motion by the law and motion cutoff set forth above. The parties are cautioned that failure to raise a dispositive legal issue that could have been tendered to the court by proper pretrial motion prior to the dispositive motion cut-off date may constitute waiver of such issue.

The parties are reminded that motions in limine are procedural devices designed to address the admissibility of evidence. Counsel are cautioned that the court will look with disfavor upon substantive motions presented in the guise of motions in limine at the time of trial.

**FINAL PRETRIAL CONFERENCE**

Final pretrial conference is set for **December 17, 2027**, at 10:00 a.m.

**TRIAL SETTING**

Trial in this matter is set for **February 7, 2028**, at 9:00 a.m.

**SETTLEMENT CONFERENCE/MAGISTRATE JUDGE AS SETTLEMENT JUDGE**

If the parties wish to participate in a settlement conference with a magistrate judge, they may request that a magistrate judge be identified to serve as settlement judge by contracting the Court's courtroom deputy, Shelly Her, at sher@caed.uscourts.gov.

**IT IS SO ORDERED.**

DATED: September 30, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE